■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY FOXE, Appellant.—Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on January 25, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Fein, Lynch, Milonas and Kassal, JJ.

■ WARREN INFIELD, Appellant, v BEN GILBERT et al., Respondents.—Order, Supreme Court, New York County (Allen Myers, J.), entered on or about July 25, 1985, unanimously affirmed for the reasons stated by Myers, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Asch, Lynch, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN JACKSON, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on October 23, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Asch, Lynch, Rosenberger and Ellerin, JJ.